IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JAN 12 AM 11: 17

CLERK _____
SO. DIST. OF GA.

CONNIEL RASHON HARRIS,  )
                        )
        Petitioner,     )
                        )
vs.                     )   CASE NO. 5:05-CV-52
                        )
BILLY THOMAS, Warden, and )
THURBERT E. BAKER, Attorney )
General of the State of )
Georgia,                )
                        )
        Respondents.    )

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 12th day of January, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA